BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for the United States

LESTER J. MARSTON
California State Bar No. 081030
RAPPORT AND MARSTON
405 West Perkins Street
Ukiah, California 95482
Telephone: 707-462-6846
Facsimile: 707-462-4235
Email: marston1@pacbell.net

Attorney for Plaintiff
the Alturas Indian Rancheria

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALTURAS INDIAN RANCHERIA | CASE NO. CASE 2:14-CV-01407-TLN-CMK |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**. |
| SALLY JEWELL, Secretary of the United States Department of the Interior; KEVIN WASHBURN, Assistant Secretary of Indian Affairs; AMY DUTSCHKE, Pacific Regional Director, Bureau of Indian Affairs; TERE SALKELD, Pacific Regional Contracting Officer, Bureau of Indian Affairs | |
| Defendants. | |

Plaintiff completed service of it's complaint in this matter on or about July 25, 2014. Plaintiff filed a motion for summary judgment on August 12, 2014, setting it for a September 25, 2014, hearing. That hearing date would cause the Defendants' opposition to the motion to be due before its responsive pleading is due. *See* Fed. R. Civ. P. 4(i). Therefore, the parties stipulate as follows:

1. That the hearing on Plaintiff's motion for summary judgment shall be continued to October 23, 2014; and

2. That Defendants reserve the right to raise arguments regarding the timeliness and/or form of this Motion.

Respectfully Submitted,

Dated: August 20, 2014

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

Dated: August 20, 2014

 /s/ *Lester J. Marston (as authorized 8/20/14)*
LESTER J. MARSTON
Attorney for Plaintiff

Stip. and Order to Continue Hearing Date on Plaintiff's MSJ

2

1 **IT IS SO ORDERED.**

3 Dated: August 21, 2014

_____
Troy L. Nunley
United States District Judge