BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTURAS INDIAN RANCHERIA<br><br>Plaintiffs,<br><br>v.<br><br>SALLY JEWELL, Secretary of the United States Department of the Interior; KEVIN WASHBURN, Assistant Secretary of Indian Affairs; AMY DUTSCHKE, Pacific Regional Director, Bureau of Indian Affairs; TERE SALKELD, Pacific Regional Contracting Officer, Bureau of Indian Affairs<br><br>Defendants. | CASE NO.  CASE 2:14-CV-01407-TLN-CMK<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' MOTION TO DISMISS.** |

Plaintiff served the complaint and filed a motion for summary judgment on August 12, 2014. (*See* Dkt. Nos. 10 and 11). Because the opposition to the motion for summary judgment would have been due before Defendants' responsive pleading, the parties stipulated to continue the hearing to October 23, 2014, and the Court approved. (*See* Dkt. Nos. 18 & 19). The United States has since filed a motion to dismiss, which is also calendared for October 23, 2014. (*See* Dkt. No. 31). The parties have been discussing settlement and other administrative matters, and Plaintiff plans to submit a written settlement offer forthwith. Therefore, the parties stipulate as follows:

1. That the hearings on Plaintiff's motion for summary judgment and Defendants' motion to dismiss shall be continued to November 6, 2014; and

2. That Defendants reserve the right to raise arguments regarding the timeliness of Plaintiff's Motion.

Stip. to Continue Hearing Date on Pending Motions                                           1

Respectfully Submitted,

Dated: October 8, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ *Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

Dated: October 8, 2014

*/s/ Lester Marston* (auth. on 10-08-2014)
LESTER MARSTON
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: October 9, 2014

HON. TROY L. NUNLEY
United States District Judge

Stip. to Continue Hearing Date on Pending Motions