BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTURAS INDIAN RANCHERIA<br><br>Plaintiffs,<br><br>v.<br><br>SALLY JEWELL, Secretary of the United States Department of the Interior; KEVIN WASHBURN, Assistant Secretary of Indian Affairs; AMY DUTSCHKE, Pacific Regional Director, Bureau of Indian Affairs; TERE SALKELD, Pacific Regional Contracting Officer, Bureau of Indian Affairs<br><br>Defendants. | CASE NO. CASE 2:14-CV-01407-TLN-CMK<br><br>**STIPULATION AND ORDER FOR STAY** |

The parties seek a stipulation from this Court staying the matter until disputes regarding the government of Plaintiff Alturas Indian Rancheria are resolved.

Alturas filed this action on June 12, 2014, seeking an order compelling officials at the United States Department of the Interior and the Bureau of Indian Affairs ("BIA") to pay Contract Support Costs under the Indian Self-Determination and Education Assistance Act, 25 U.S.C. § 450, *et seq*. ("ISDEAA"). (Complaint, Dkt. No. 1. at ¶¶ 1 & 18).[1] After the filing of Plaintiff's motion for summary judgment and Defendants' motion to dismiss, a dispute arose as to who was the lawful governing body of the tribe. Defendants then filed a motion to stay proceedings until that dispute was resolved. (*See* Dkt. No. 37). Rather than litigate the issue of a stay, the parties have agreed to stay proceedings under the

---

[1] As set forth in other filings, "Contract Support Costs" are payments by the federal government to the Tribe to administer various contracts for services to the Tribe.

Stipulation and Order for Stay       1

terms and conditions set forth below.

Therefore, the parties hereby stipulate as follows:

1. That the Court enter a stay of this matter;
2. That the stay remain in effect until the Court is notified that BIA has officially recognized the lawful governing body of the tribe;
3. That the stay shall dissolve 30 days after any party notifies the Court that BIA has taken such action;
4. That any other party may object to dissolution of the stay within 14 days of such notice, but only upon the grounds that BIA has not taken such action;
5. That the parties shall file status reports with the Court every 180 days until such time as the matter is no longer stayed; and
6. That the hearing currently set for December 11, 2014, on the motion for stay, be vacated.

Respectfully Submitted,

Dated:  November 20, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ *Gregory T. Broderick*
GREGORY T. BRODERICK
Assistant United States Attorney

Dated:  November 20, 2014

/s/ *Lester Marston* (authorized Nov. 20,  2014)
LESTER MARSTON
Attorney for Plaintiff

1 **IT IS SO ORDERED.**

2 Dated: November 25, 2014

5 Troy L. Nunley
6 United States District Judge